# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2019 KW 0971

OCT 28 2019

In Re:   Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:   HIGGINBOTHAM, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED.**  The transcript of the May 13, 2019, hearing on relator's motions to correct an illegal sentence, reveals that the district court considered the merits of the September 14, 2018, motion to correct an illegal sentence, as argued by relator during the hearing.  However, according to the district court's ruling, the court granted relator's motion to correct an illegal sentence solely on the grounds that relator's sentence incorrectly restricted parole eligibility.

**TMH**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT